**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1482

EDNA M. PICKETT,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:03-cv-00753-BO)

Submitted: September 26, 2006      Decided: September 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edna M. Pickett, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant
United States Attorney, Lora M. Taylor, OFFICE OF THE UNITED STATES
ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edna M. Pickett appeals the district court's order denying her motions for reconsideration of its order dismissing her civil action, denying her motion for leave to amend her complaint, and dismissing her motion for a hearing as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pickett v. Potter, No. 5:03-cv-00753-BO (E.D.N.C., Mar. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED